IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANSON DISTRIBUTING INC. | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-03213 |
| | § | |
| STARCO IMPEX INC., MOHAMMED DANISHMUND and MUHAMMAD JAVED | § § § | |

### CORPORATE OWNERSHIP STATEMENT OF STARCO IMPEX INC.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to BR 7007.1, STARCO IMPEX INC., one of the Defendants herein, makes the following disclosure:

> STARCO IMPEX INC. is a non-governmental corporate party which has no parent corporation and no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED,

GRIFFIN & MATTHEWS

/S/ BILL RICHEY
BILL RICHEY
400 Neches at Crockett
Beaumont, Texas  77701
(409) 832-6006 - Telephone
(409) 832-1000 - Facsimile
State Bar Card No. 16874950
ATTORNEYS FOR DEFENDANT
STARCO IMPEX INC.

CERTIFICATE OF SERVICE

      I certify that on October 18, 2024, a true and correct copy of the document set out above was sent to the following persons and/or entities, in the manner set out below:

/S/ BILL RICHEY
BILL RICHEY

Frank J. Maida
Attorney for Debtor, USA Millennium, LP
Maida Law Firm, P.C.
4320 Calder Avenue
Beaumont, TX 77706
Method of service:
by email at frank@maidafirm.com

Christopher L. Ashby - Receiver
Ashby LLP
808 Travis Street, Suite 401
Houston, TX 77002
Method of service:
by email at kit.ashby@ashby-llp.com

Conor P. McEvily
Attorney for Anson Distributing, LLC
Gibbs & Bruns LLP
1100 Louisiana St., Ste. 5300
Houston, TX 77002
Method of service:
by email at cmcevily@gibbsbruns.com